UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLYE ANNE HUIZAR,<br><br>   Plaintiff,<br><br> v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>   Defendant. | CASE NUMBER: 1:20-cv-01377-GSA<br><br>**ORDER GRANTING APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br><br>(Doc. 2) |

  Plaintiff's having applied to proceed without prepayment of fees (*in forma pauperis*) pursuant to 28 U.S.C. § 1915, the Court hereby ORDERS that the application is granted.  The Clerk of Court is hereby ordered to issue summons, and the United States Marshal is ordered to serve a copy of the complaint, summons and this order upon the Defendant.  All costs of service shall be advanced by the United States.


IT IS SO ORDERED.

 Dated: __September 30, 2020__     _____ **/s/ Gary S. Austin**
                  UNITED STATES MAGISTRATE JUDGE