PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CHANTAL R. JENKINS, PA SBN 307531
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4823
    Facsimile: (415) 744-0134
    E-Mail: Chantal.Jenkins@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| KELLYE ANNE HUIZAR,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | 1:20-cv-01377-GSA<br><br>STIPULATION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security (Commissioner) has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision. The Appeals Council will instruct the ALJ to offer Plaintiff a new hearing and obtain further testimony from the vocational expert.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated:  September 22, 2021			Respectfully submitted,

						Pena & Bromberg, Attorneys at Law

						*/s/ Jonathan Pena by Chantal R. Jenkins\**
						*As authorized *via* email on September 22, 2021
						Jonathan Omar Pena
						Attorney for Plaintiff

Dated:  September 22, 2021			PHILLIP A. TALBERT
						Acting United States Attorney
						DEBORAH LEE STACHEL
						Regional Chief Counsel, Region IX
						Social Security Administration

				By:	*/s/ Chantal R. Jenkins*
						CHANTAL R. JENKINS
						Special Assistant United States Attorney

IT IS SO ORDERED.

   Dated:   **September 22, 2021**	             **/s/ Gary S. Austin**
						UNITED STATES MAGISTRATE JUDGE

: