UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| KELLYE ANNE HUIZAR,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | 1:20-cv-01377-GSA<br><br>ORDER ON STIPULATION FOR ATTORNEY FEES |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses (the "Stipulation"), **IT IS ORDERED** that fees and expenses in the amount of FIVE THOUSAND THREE-HUNDRED DOLLARS and 00/100 ($5,300.00) as authorized by the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

    Dated: __**December 22, 2021**__              __**/s/ Gary S. Austin**__
                                                                     UNITED STATES MAGISTRATE JUDGE